Thursday, November 6, 2014

No. 15–0107/AR. U.S. v. Jessica V. Kimball. CCA 20121002. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Army Court of Criminal Appeals is affirmed.*

---

* It is directed that the promulgating order be corrected to reflect that Charge VI alleged a violation of Article 107, vice Article 701.